# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0266
_____

AMOS D. SNOWDEN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


March 1, 2024


PER CURIAM.

    DISMISSED.

BILBREY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Amos D. Snowden Sr, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.